53 So.2d 889

**Hattie W. JAMES v. CITY OF BIRMINGHAM.**

6 Div. 290.

Supreme Court of Alabama.
June 14, 1951.

Rehearing Denied June 30, 1951.

Geo. E. Trawick, Birmingham, for petitioner.

Chas. H. Brown, Birmingham, opposed.

BROWN, Justice.

Petition of Hattie W. James for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of James v. City of Birmingham, 53 So.2d 893.

Writ denied.

LIVINGSTON, C. J., and FOSTER and SIMPSON, JJ., concur.